In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00352-CV**
_____

**EMILY LYNN SEITZ, Appellant**

**V.**

**YOLANDA DENISE GOINS, Appellee**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-201,572**

**MEMORANDUM OPINION**

The appellant, Emily Lynn Seitz, joined by the appellee, Yolanda Denise Goins, filed an agreed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on December 12, 2018
Opinion Delivered December 13, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.